UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

(LAFAYETTE DIVISION)

| | | |
|---|---|---|
| RYAN D. JAMES | * | CIVIL ACTION NO.: |
| | * | |
| Plaintiff, | * | JUDGE: |
| | * | |
| VERSUS | * | MAG. JUDGE: |
| | * | |
| TRISURA SPECIALTY INSURANCE COMPANY, CHAVIRA TRANSPORT, LLC AND MATA RAMIRO, JR. | * * * | **JURY TRIAL** |
| | * | |
| Defendants. | * | |
| | * | |

## PETITION FOR REMOVAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, Mata Ramiro, Jr., Chavira Transport, LLC, and Trisura Specialty Insurance Company (hereinafter, "Defendants"), who allege and aver as follows:

1.

The above-entitled case was filed in the 16th Judicial District Court for the Parish of St. Martin, State of Louisiana, where it is still pending, under Civil Docket Number 91,286 Sec. G. The *Petition for Damages* was filed on or about **January 20, 2022**. *See*: **Exhibit A – Petition for Damages.** In the Petition, Plaintiff, Ryan D. James, named Mata Ramiro, Jr., Chavira Transport, LLC, and Trisura Specialty Insurance Company, as party-Defendants. *See*: **Exhibit**

1

**A – Petition for Damages, ¶ 1.**

2.

This civil litigation arises from an alleged incident that occurred on the eastbound lanes of I-10 in St. Martin Parish, Louisiana, on or about February 10, 2021, involving a 2019 Ram 3500 which Plaintiff, Ryan D. James, was operating, and a 2010 Peterbuilt driven by Defendant, Mata Ramiro, Jr.  *See*: **Exhibit A – Petition for Damages, ¶¶ 3-6.**

3.

Plaintiff, Ryan D. James, alleges that he sustained personal injuries as a result of this accident.  *See*: **Exhibit A – Petition for Damages, ¶¶ 10-11.**

## AMOUNT IN CONTROVERSY

4.

La. C.C.Pr. art. 893 specifically prohibits the pleading of the amount of monetary damages sought. In his *Petition for Damages,* Plaintiff did not set forth the specific amount of damages sought therein by him.  He also failed to specify if the amount in controversy is above the amount necessary for a jury trial or for federal jurisdiction.

5.

However, in his *Petition for Damages*, Plaintiff alleges that he sustained personal injuries as a result of this accident.  More specifically, he claims that he suffered past, present and future: (A) medical expenses; (B) pain and suffering; (C) mental pain and anguish; (D) permanent physical disability; (E) loss of enjoyment of life; (F) lost wages and loss of earning capacity. *See*: **Exhibit A – Petition for Damages, ¶ 10.**

6.

Defendants received copies of Medical Records from Plaintiff before the lawsuit was

filed.

7.

According to the medical records, James D. Ryan sustained a right shoulder anterior labral tear.  An MRI of the cervical spine also revealed disc bulges.  *See*: **Exhibit B – Medical Records** *in globo*.

8.

According to the medical records, James D. Ryan underwent a right shoulder cuff repair surgery on April 1, 2021.  *See*: **Exhibit B – Medical Records** *in globo*.

9.

According to the medical bills, James D. Ryan has incurred more than $65,000.00 in past medical expenses.  *See*: **Exhibit C – Medical Bills** *in globo*.

10.

No discovery has been performed at this time.

11.

In Louisiana, the amount in controversy for general damages in a case involving arthroscopic shoulder surgery alone can be in excess of $75,000, exclusive of interests and costs, the amount in controversy for federal jurisdiction.  *Rayburn v. Ponthieux*, 2004-1547 (La. App. 3 Cir. 5/4/05), 902 So. 2d 1136; *People v. Fred's Stores of Tennessee*, 2009-1270 (La. App. 3 Cir. 6/2/10); 38 So. 3d 1209; *Quinn v. Wal-Mart Stores, Inc.*, 34-280 (La. App. 2 Cir. 12/6/00); 774 So. 2d 1093; *Ibrahim v. Hawkins*, 2002-0350 (La. App. 1 Cir. 2/14/03), 845 So. 2d 471; *Maddox v. Bailey*, 2013-0564 (La. App. 1 Cir. 5/19/14); 146 So. 3d 590.  When considering the general damages in conjunction with $65,000.00+ in past medical expenses, it is clear that the amount in controversy exceeds $75,000.00, exclusive of interests and costs, the amount necessary for

federal jurisdiction.

## TIME OF REMOVAL

12.

Plaintiff filed the *Petition for Damages* on or about **January 20, 2022,** in the 16th Judicial District Court for St. Martin Parish.  *See*:  **Exhibit A – Petition for Damages.**

13.

Therefore, one (1) year *has not yet elapsed* since the filing of the *Petition for Damages*. Therefore, removal is appropriate.

14.

Plaintiff served Mata Ramiro, Jr. with a copy of the Petition for Damages.

15.

Plaintiff served Chavira Transport, LLC on **January 28, 2022**.  *See*:  **Exhibit A – Service Information attached with the Petition for Damages.**

16.

Plaintiff served Trisura Specialty Insurance Company on or about **January 26, 2022**. *See*:  **Exhibit A – Service Information attached with the Petition for Damages.**

17.

The Petition for Damages did not contain the amount in controversy.  However, Plaintiff previously provided Defendants with copies of medical records, which were received with the claim file materials.  *See*: **Exhibit B and C *in globo*.**

18.

Therefore, thirty (30) days *have not yet elapsed* since the *receipt of service or of another paper showing the amount in controversy since the filing of the Petition.*  More specifically,

thirty (30) days have not yet elapsed from the date the Plaintiff served the last Defendant on **January 28, 2022**. Therefore, removal is timely.

## DIVERSITY OF CITIZENSHIP

19.

Plaintiff is domiciled and is a resident/citizen of East Baton Rouge Parish, in the State of Louisiana. *See*: **Exhibit A – Petition for Damages, Introductory Paragraph.**

20.

Defendant, Mata Ramiro, Jr., is a person of the full age of majority who is domiciled in and is a citizen of the state of Texas. *See*: **Exhibit A – Petition for Damages, Paragraph 1(c).**

21.

Defendant, Chavira Transport, LLC is a limited liability company organized and with its principal office/place of business in the state of Texas. The only member of the limited liability company is Mr. Carlos Chavira, who is a resident/citizen of the state of Texas. Therefore, Chavira Transport, LLC is a citizen of the state of Texas. *See*: **Exhibit A – Petition for Damages, Paragraph 1(b); see also Exhibit D – Texas Secretary of State.**

22.

Defendant, Trisura Specialty Insurance Co., is a foreign insurance company and a citizen of the state of Oklahoma. It was organized and has its principal office/place of business in the State of Oklahoma. *See*: **Exhibit A – Petition for Damages, Paragraph 1(a); see also Exhibit E – Louisiana Department of Insurance.**

23.

Therefore, Defendants aver that this Honorable Court has original jurisdiction over the entitled and numbered cause pursuant to Article III of the United States Constitution and 28

U.S.C. §1332, in that Plaintiff is diverse from the properly named and served Defendants with the *Petition for Damages*.

24.

In accordance with 28 U.S.C. §1446(d), Defendants will provide appropriate Notice of this Removal to the Plaintiff and to the Clerk of Court for the 16th Judicial District Court for the Parish of St. Martin, State of Louisiana, by filing of this Notice and the Notice of Removal into the record of the state court action, and to Plaintiff through his attorney(s) of record.

## JURY DEMAND

25.

Defendants are entitled to and request a trial by jury on all issues herein.

WHEREFORE, Defendants, Mata Ramiro, Jr., Chavira Transport, LLC, and Trisura Specialty Insurance, all citizens of other states, pray that the suit entitled, "*Ryan D. James vs. Trisura Specialty Insurance Co.,, et al*" presently pending in the 16th Judicial District Court for the Parish of St. Martin, State of Louisiana, and bearing Civil Docket Number 91,286 Sec. G, filed by Plaintiff, a citizen of the State of Louisiana, be removed to this, the United States District Court for the Western District of Louisiana, and for trial by Jury and all just and equitable relief as allowed by law.

Respectfully submitted,

*s/ Jean E. Lavidalie, Jr.*
GUY D. PERRIER, #20323, T.A.
JEAN E. LAVIDALIE, JR., #27547
Perrier & Lacoste, LLC
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130

Tel: (504) 212-8820
Fax: (504) 212-8825
Email: gperrier@perrierlacoste.com
**Direct Dial: (504) 212-8822**
Email: jlavidalie@perrierlacoste.com
**Direct Dial: (504) 212-8823**
**Cell Phone: (504) 881-3857**
**ATTORNEYS FOR DEFENDANTS**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| RYAN D. JAMES | * | CIVIL ACTION NO.: |
| | * | |
| Plaintiff, | * | JUDGE: |
| | * | |
| VERSUS | * | MAG. JUDGE: |
| | * | |
| TRISURA SPECIALTY INSURANCE COMPANY, CHAVIRA TRANSPORT, LLC AND MATA RAMIRO, JR. | * * * * | **JURY TRIAL** |
| Defendants. | * * | |

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading is being forwarded to:

> Clerk of Court, 16th JDC
> Parish of St. Martin
> 415 St. Martin Street
> P.O. 308
> St. Martinville, LA  70582
>
> Ryan D. James
> Through his attorney of record,
> Lee J. Amedee, III
> Gauthier Amedee, APLC
> 2111 S. Burnside Avenue
> Gonzales, LA 70737

by depositing a copy of same in the United States Mail, postage pre-paid and properly addressed.

New Orleans, Louisiana, this 24th day of February, 2022.

*s/ Jean E. Lavidalie, Jr.*
_____
**JEAN E. LAVIDALIE, JR.**