RYAN D. JAMES                                   SUIT NO. 91,286  DIVISION: G

VERSUS                                          16th JUDICIAL DISTRICT COURT

TRISURA SPECIALTY INSURANCE                     PARISH OF ST. MARTIN
COMPANY, CHAVIRA TRANSPORT, LLC
and MATA RAMIRO, JR.                            STATE OF LOUISIANA

## PETITION FOR DAMAGES

The petition of **RYAN D. JAMES**, a person of the full age of majority and domiciled in the Parish of East Baton Rouge, State of Louisiana, through undersigned counsel, respectfully represents:

1.

Made defendants herein are the following:

   a) **TRISURA SPECIALTY INSURANCE COMPANY,** a foreign insurer, authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

   b) **CHAVIRA TRANSPORT, LLC,** a foreign limited liability company authorized to do and doing business in the State of Texas, who may be served through the Louisiana Long Arm Statute to its agent: Carlos Chavira, 2117 Balboa Ave., McAllen, Texas 78503; and,

   c) **MATA RAMIRO, JR.**, a person of the full age of majority and a resident of the County of Hidalgo, State of Texas, and may be served through the Louisiana Long Arm Statute at his pace of residence: 2208 Daffodil Ave., McAllen, Texas 78501.

2.

The above named Defendants are liable jointly and *in solido* to Petitioner for such damages as are reasonable in the premises, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings for the following reasons, to-wit:

3.

On or about February 10, 2021, **RYAN D. JAMES**, was operating a 2019 Ram 3500, bearing Vehicle Identification Number (VIN) 3C6URVJG7KE540446 and Louisiana License plate number N478536, owned by Tirehub, LLC. Petitioner was traveling east on Interstate 10 in the inside lane in St. Martin Parish, State of Louisiana.

4.

At all times pertinent and material hereto, **JAMES D. RYAN** was operating the 2019 Ram 3500 in a lawful, reasonable and prudent manner.

5.

At the time referenced in the immediately preceding paragraphs, defendant, **MATA RAMIRO, JR.** was operating a 2010 Peterbuilt 579 18 wheeler, bearing Vehicle Identification Number (VIN) 1XPHD49X5AD104474 and displaying a Texas License plate number R370792, owned by defendant, **CHAVIRA TRANSPORT, LLC.** Defendant, Mata Ramiro Jr., was also traveling eastbound in the outside lane of Interstate 10, in St. Martin Parish, State of Louisiana.

6.

Petitioner, **JAMES D. RYAN**, began to slow down in the inside lane of Interstate 10 due to traffic in front of him slowing. As Petitioner was slowing due to traffic congestion, Defendant, **MATA RAMIROA, JR,** who was traveling in the outside lane of Interstate 10, changed to the inside lane as he saw traffic slowing down ahead of him. As Defendant, **MATA RAMIROA, JR.** changed lanes directly behind Petitioner, he became distracted by a water bottle falling in his vehicle, and failed to slow down behind Petitioner. Suddenly and without warning, defendant, **MATA RAMIRO, JR.** rear-ended Petitioner's vehicle, causing a violent collision and severe personal injuries to **JAMES D. RYAN**.

7.

The impact between the two vehicles was with such great force that Petitioner's vehicle was pushed into the 18 wheeler in front of him, causing a second collision.

8.

The injuries sustained by petitioner were caused by the negligence of the defendant, **MATA RAMIRO, JR.**, in the following non-exclusive list of particulars:

    a.    Failing to keep a proper lookout;

    b.    Failing to maintain proper control of his vehicle;

    c.    Failing to see what he should have seen;

    d.    Driving inattentively;

    e.    Failing to take proper evasive action;

    f.    Failure to maintain proper lane control;

    g.    Failure to keep a proper distance from preceding vehicle;

h. Failure to break behind a preceding vehicle; and

i. Any other acts of negligence by the defendant that will be shown at the trial of the merits.

9.

To the best of petitioner's knowledge, information and belief, at the time of the collision referred to above, the defendant, **MATA RAMIRO, JR.**, was in the course and scope of his employment with defendant, **CHAVIRA TRANSPORT, LLC**; therefore, under the theory of Respondent Superior, the defendant, **CHAVIRA TRANSPORT, LLC**, is liable for the acts of its agent/employee, **MATA RAMIRO, JR.**

10.

Petitioner, **JAMES D. RYAN**, as a result of the above described incident has suffered the following:

a. Past medical expenses;

b. Future Medical expenses;

c. Past physical pain and suffering;

d. Future physical pain and suffering;

e. Past mental pain and anguish;

f. Future Mental Pain and Anguish;

g. Permanent physical disability;

h. Loss of enjoyment of life;

i. Lost wages and loss of earning capacity; and

j. Other damages which will be shown at the trial of this matter.

11.

Petitioner, **JAMES D. RYAN**, avers upon information and belief that at all material times herein, **TRISURA SPECIALTY INSURANCE COMPANY**, had in full force and effect a policy of liability insurance covering the 18 wheeler being operated by defendant, **MATA RAMIRO, JR.** and owned by defendant, **CHAVIRA TRANSPORT, LLC**. Said policy is believed to have covered the type of injuries sustained by Petitioner as a result of the collision.

12.

Petitioner alleges amicable demand at no avail.

**WHEREFORE**, Petitioner, **JAMES D. RYAN**, prays that the defendants, **TRISURA SPECIALTY INSURANCE COMPANY, CHAVIRA TRANSPORT, LLC** and **MATA**

RAMIRO, JR., be duly cited and served with a copy of this petition and cited to appear and answer same, and that after all legal delay and due proceedings are had, there be judgment rendered in favor of petitioner and against defendants, jointly and in solido, for such damages as are reasonable in the premises, together with legal interest therein from the date of judicial demand until paid and for all costs of these proceedings and;

1. In favor of petitioner, **RYAN D. JAMES**, and against defendants, **TRISURA SPECIALTY INSURANCE COMPANY, CHAVIRA TRANSPORT, LLC** and **MATA RAMIRO, JR.**, jointly and in solido, for such damages as are reasonable in the premises; and

2. In favor of Petitioner, **RYAN D. JAMES**, and against defendants, **TRISURA SPECIALTY INSURANCE COMPANY, CHAVIRA TRANSPORT, LLC** and **MATA RAMIRO, JR.**, jointly and in solido, for legal interest from the date of judicial demand until paid, for all costs of these proceedings, and all other equitable and general relief.

RESPECTFULLY SUBMITTED:

**GAUTHIER AMEDEE, APLC**
2111 S. Burnside Avenue
Gonzales, Louisiana 70737
Telephone: (225) 647-1700
Facsimile: (225) 647-1375

_____
LEE J. AMEDEE, III (BAR ROLL #24278)
ANDRÉ P. GAUTHIER (BAR ROLL #21294)

**PLEASE SERVE:**

**TRISURA SPECIALTY INSURANCE COMPANY**
*Through their Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**CHAVIRA TRANSPORT, LLC**
*by and through Louisiana Long Arm Service:*
Carlos Chavira
2117 Balboa Ave.
McAllen, Texas 78503

**MATA RAMIRO, JR.**
*by and through Louisiana Long Arm Service:*
2208 Daffodil Ave.
McAllen, Texas 78501

RECEIVED AND FILED

JAN 2 0 2022
Deputy Clerk of Court
St. Martin Parish, LA

A TRUE COPY
ATTEST _____
DEPUTY CLERK OF COURT



2111 S. Burnside Avenue
Gonzales, LA 70737
PH 225-647-1700
FX 225-647-1375

GoToBat.com

Andre P. Gauthier
Lee "Jody" Amedee III
Thomas J. Kliebert III
Landon P. Gauthier
Maci Gauthier

January 24, 2022

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**NO. 7019 0140 0001 0333 3542**

Chavira Transport, LLC
c/o Carlos Chavira
2117 Balboa Avenue
McAllen, TX 78503

RE:   Ryan D. James vs. Trisura Specialty Insurance Company, et al.
      Suit No. 91,286, 16th JDC, Parish of St. Martin, State of Louisiana

Dear Sir/Madam:

Please be advised that Chavira Transport, LLC is being sued for Damages with regard to an automobile accident that occurred on February 10, 2021 in St. Martin Parish, Louisiana. Please follow the instructions on the Citation attached to the Petition for Damages enclosed herein.

Should you have any questions, please do not hesitate to contact me.

With kind regards, I remain,

Very truly yours,

**GAUTHIER AMEDEE**
**A Professional Law Corporation**

Krystal Carpenter
Legal Assistant to LEE J. AMEDEE, III

kc

E:\Shared\DOC\Personal Injury\James, Ryan\Corr. - Chavira Transport (01-24-22 Long Arm Service).wpd

793

## CITATION WITH DISCOVERY

JAMES, RYAN D

Versus

TRISURA SPECIALTY INSURANCE COMPANY - ET AL



Case: 091286
Division: G
16th Judicial District Court
Parish of St. Martin
State of Louisiana



RECEIVED
JAN 2 4 2022
BY: ...................

TO:
CHAVIRA TRANSPORT, LLC
THROUGH LOUISIANA LONG ARM STATUTE
CARLOS CHAVIRA
2117 BALBOA AVE.
MCALLEN, TX 78503

THROUGH LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES, FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within Thirty (30) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 21ST day of JANUARY, 2022.

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Kristie Prejean*

Deputy Clerk of Court

REQUESTED BY:
LEE J. AMEDEE, III
ATTORNEY FOR PLAINTIFF

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
                                    By: _____
Mileage    $_____                    Deputy Sheriff

Total      $_____

[ RETURN ]

794

## CITATION WITH DISCOVERY

JAMES, RYAN D

Versus

TRISURA SPECIALTY INSURANCE COMPANY - ET AL



Case: 091286
Division: G
16th Judicial District Court
Parish of St. Martin
State of Louisiana

TO:
CHAVIRA TRANSPORT, LLC
THROUGH LOUISIANA LONG ARM STATUTE
CARLOS CHAVIRA
2117 BALBOA AVE.
MCALLEN, TX 78503

THROUGH LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES, FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 16th Judicial District Court in and for the Parish of St. Martin, State of Louisiana, within Thirty (30) days after the service hereof, under penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE AT ST. MARTINVILLE, LOUISIANA, on this 21ST day of JANUARY, 2022.

BECKY P. PATIN
Clerk of the 16th Judicial District Court for
St. Martin Parish, Louisiana

BY: *Kristie Prejean*
_____
Deputy Clerk of Court

REQUESTED BY:
LEE J. AMEDEE, III
ATTORNEY FOR PLAINTIFF

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $ _____
                                         By: _____
Mileage    $ _____                              Deputy Sheriff

Total         $ _____

[ ORIGINAL ]

795

# USPS Tracking®

FAQs >

**Track Another Package** +

**Tracking Number:** 70190140000103333542

Remove ×

Your item has been delivered to an agent for final delivery in MCALLEN, TX 78503 on January 28, 2022 at 11:43 am.

USPS Tracking Plus® Available ⌄

## ✓ Delivered to Agent for Final Delivery

January 28, 2022 at 11:43 am
MCALLEN, TX 78503

Feedback

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**Suit Details**

| | |
|---|---|
| **Entity Name:** | TRISURA SPECIALTY INSURANCE COMPANY |
| **Contact:** | ATTN: JULIE MEADERS, CORPORATE COUNSEL |
| **Address:** | 210 PARK AVE |
| | SUITE 1400 |
| **City, State, Zip:** | OKLAHOMA CITY , OK  731025636 |

**Status Details**

| | |
|---|---|
| **Suit Number:** | 91286 |
| **Suit Status:** | Complete |
| **Date Received:** | 1/26/2022 |
| **Date Mailed:** | 1/27/2022 |
| **Certified Mail Receipt:** | 70211970000047811057 |

**Court Details**

| | |
|---|---|
| **Court Name:** | 16TH JUDICIAL DISTRICT COURT |
| **Court Location:** | SAINT MARTIN PARISH |
| **Plaintiff:** | RYAN D. JAMES |
| **Defendant:** | TRISURA SPECIALTY INSURANCE COMPANY, ET AL |

[Print] [New Search]